IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CHURCH OF CHRIST OF OLD ) | CHAPTER 11 |
| NATIONAL, INC. f/k/a Old National, ) | CASE NO. 12-79949 |
| CHURCH OF CHRIST, INC., ) | |
|     DEBTOR. ) | |
| _____) | |

STATEMENT REGARDING CORPORATE RESOLUTION

     The undersigned, Herbert H. Moore is Chief Executive Officer of Church of Christ of Old National, Inc., a Georgia Corporation. On November 28, 2012 the following resolution was duly adopted by the Board of Directors of this corporation.

     WHEREAS, it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code; and

     NOW, THEREFORE, BE IT RESOLVED, that Herbert H. Moore, Chief Executive Officer of this corporation , be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 Voluntary Bankruptcy Case in the United States Bankruptcy Court on behalf of the Corporation in connection with the bankruptcy proceedings; and

     BE IT FURTHER RESOLVED, that Herbert H. Moore, Chief Executive Officer of the Corporation, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with the bankruptcy proceedings; and

     BE IT FURTHER RESOLVED, that HERBERT H. MOORE, Chief Executive Officer of the Corporation, be and hereby is, authorized and directed to employ Timothy G. Cook, Attorney, to represent the corporation in said bankruptcy proceedings.

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION**

      I, HERBERT H. MOORE, Chief Executive Officer of the Corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.


Date   November 28, 2012            /s/ Herbert H. Moore
                                                    Herbert H. Moore
                                                    Chief Executive Officer